UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: AUSTIN-MARTIN, THERESE K. | § | Case No. 14-80164 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/30/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 07/08/2014        By: /s/JOSEPH D. OLSEN
                                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: AUSTIN-MARTIN, THERESE K. | § | Case No. 14-80164 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,150.00 |
| *and approved disbursements of* | $ 36.78 |
| *leaving a balance on hand of* [1] | $ 10,113.22 |

**Balance on hand:**   $ 10,113.22

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 10,113.22

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,765.00 | 0.00 | 1,765.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 35.76 | 0.00 | 35.76 |

Total to be paid for chapter 7 administration expenses:   $ 1,800.76
Remaining balance:   $ 8,312.46

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,312.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,265.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | IRS | 7,817.22 | 0.00 | 7,817.22 |
| 10P | Illinois Department of Revenue | 448.00 | 0.00 | 448.00 |

Total to be paid for priority claims: $ 8,265.22
Remaining balance: $ 47.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,790.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,363.55 | 0.00 | 3.71 |
| 2 | Cavalry SPV I, LLC | 4,179.87 | 0.00 | 4.61 |
| 3 | Cavalry SPV I, LLC | 4,808.53 | 0.00 | 5.31 |
| 4 | Cavalry SPV I, LLC | 10,536.59 | 0.00 | 11.63 |
| 5 | Cavalry SPV I, LLC | 5,750.73 | 0.00 | 6.35 |
| 6 | American InfoSource LP as agent for | 1,673.03 | 0.00 | 1.85 |
| 7 | American InfoSource LP as agent for | 2,195.13 | 0.00 | 2.42 |
| 8 | American InfoSource LP as agent for | 6,820.64 | 0.00 | 7.53 |
| 9U | IRS | 1,399.80 | 0.00 | 1.55 |
| 10U | Illinois Department of Revenue | 77.76 | 0.00 | 0.09 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Capital One Bank (USA), N.A. | 1,357.93 | 0.00 | 1.50 |
| 12 | Capital One, N.A. | 626.88 | 0.00 | 0.69 |

Total to be paid for timely general unsecured claims: $ 47.24
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Certificate of Notice Page 6 of 7

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 14-80164-TML
Therese Anne K. Austin-Martin  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 2     Date Rcvd: Jul 09, 2014
                                Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2014.
```
db             Therese Anne K. Austin-Martin,   2023 Aspen Drive,   Woodstock, IL 60098-6909
21438200       Austin-Martin Therese Anne K,    2023 Aspen Drive,   Woodstock, IL 60098-6909
21438202      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   P.O. Box 982235,   El Paso, TX 79998-2235)
21438203       Capital One,   Attn: Bankruptcy Department,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
21718440       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
21922201       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21438206      +Cavalry SPV I LLC,   C/O Blitt & Gaines, P.C.,   661 Glenn Ave.,   Wheeling, IL 60090-6017
21438201      +Charles T Reilly,   4310 W Crystal Lake Rd Ste D,   McHenry, IL 60050-4282
21438207       Chase Card Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
21438208       ComEd,   1058 Claussen Rd., #110,   Augusta, GA 30907-0301
21438212       HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
21438213      ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department Of Revenue,   P.O. Box 19035,
                Springfield, IL 62794-9035)
21700689       Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                Chicago, Illinois 60664-0338
21438218       Sovereign Bank, N.A.-Santander Bank,   P.O. Box 12646,   Reading, PA 19612-2646
21438219       Target National Bank,   C/O Target Credit Services,   P.O. Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21667754       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2014 00:52:54
                American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK 73126-8941
21438205      +E-mail/Text: bankruptcy@cavps.com Jul 10 2014 00:48:16      Cavalry Portfolio Services,
                500 Summit Lake Dr., Ste. 4a,   Valhalla, NY 10595-2323
21438204      +E-mail/Text: bankruptcy@cavps.com Jul 10 2014 00:48:16      Cavalry Portfolio Services,
                P.O. Box 520,   Valhalla, NY 10595-0520
21665808      +E-mail/Text: bankruptcy@cavps.com Jul 10 2014 00:48:16      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
21438209       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2014 00:53:46
                Discover Financial Services LLC,   P.O. Box 15316,   Wilmington, DE 19850-5316
21664838       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 10 2014 00:53:46      Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
21438210       E-mail/Text: data_processing@fin-rec.com Jul 10 2014 00:46:59      Financial Recovery Services,
                P.O. Box 385908,   Minneapolis, MN 55438-5908
21468922       E-mail/PDF: rmscedi@recoverycorp.com Jul 10 2014 00:52:27      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
21438211       E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2014 00:53:35      Ge Money Retail Bank,
                P.O. Box 965036,   Orlando, FL 32896-5036
21438214       E-mail/Text: cio.bncmail@irs.gov Jul 10 2014 00:46:52      IRS,   P.O. Box 7346,
                Philadelphia, PA 19101-7346
21438215       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 10 2014 00:46:38      Kohl's,
                Attn: Bankruptcy Dept.,   P.O. Box 2983,   Milwaukee, WI 53201-2983
21438216       E-mail/Text: bankruptcydpt@mcmcg.com Jul 10 2014 00:47:27      Midland Credit Management, Inc.,
                8875 Aero Dr., Ste. 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21665828*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
21665966*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
21438217*     +Midland Credit Management, Inc.,   8875 Aero Dr., Ste. 200,   San Diego, CA 92123-2255
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2014                            Signature:   /s/Joseph Speetjens

```
District/off: 0752-3          User: cshabez            Page 2 of 2              Date Rcvd: Jul 09, 2014
                              Form ID: pdf006          Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2014 at the address(es) listed below:
         Charles T. Reilly    on behalf of Debtor Therese Anne K. Austin-Martin chuck8830@comcast.net
         Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
         Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
         Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                         TOTAL: 5
```