# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: AUSTIN-MARTIN, THERESE K.                    § Case No. 14-80164
                                                    §
                                                    §
Debtor(s)                                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $9,405.00                    Assets Exempt: $6,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,312.46     Claims Discharged
                                               Without Payment: $42,743.22

Total Expenses of Administration: $1,837.54

---

   3) Total gross receipts of $ 10,150.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,150.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,837.54 | 1,837.54 | 1,837.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 8,265.22 | 8,265.22 | 8,265.22 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 42,790.46 | 42,790.46 | 47.24 |
| **TOTAL DISBURSEMENTS** | $0.00 | $52,893.22 | $52,893.22 | $10,150.00 |

4) This case was originally filed under Chapter 7 on January 21, 2014. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2014      By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Life Insurance Policies xxx091 & xxx641 | 1129-000 | 10,150.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,150.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,765.00 | 1,765.00 | 1,765.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 35.76 | 35.76 | 35.76 |
| Rabobank, N.A. | 2600-000 | N/A | 12.65 | 12.65 | 12.65 |
| Rabobank, N.A. | 2600-000 | N/A | 14.58 | 14.58 | 14.58 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.55 | 9.55 | 9.55 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,837.54 | $1,837.54 | $1,837.54 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | IRS | 5800-000 | N/A | 7,817.22 | 7,817.22 | 7,817.22 |
| 10P | Illinois Department of Revenue | 5800-000 | N/A | 448.00 | 448.00 | 448.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $8,265.22 | $8,265.22 | $8,265.22 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 3,363.55 | 3,363.55 | 3.71 |
| 2 | Cavalry SPV I, LLC | 7100-000 | N/A | 4,179.87 | 4,179.87 | 4.61 |
| 3 | Cavalry SPV I, LLC | 7100-000 | N/A | 4,808.53 | 4,808.53 | 5.31 |
| 4 | Cavalry SPV I, LLC | 7100-000 | N/A | 10,536.59 | 10,536.59 | 11.63 |
| 5 | Cavalry SPV I, LLC | 7100-000 | N/A | 5,750.73 | 5,750.73 | 6.35 |
| 6 | American InfoSource LP as agent for | 7100-000 | N/A | 1,673.03 | 1,673.03 | 1.85 |
| 7 | American InfoSource LP as agent for | 7100-000 | N/A | 2,195.13 | 2,195.13 | 2.42 |
| 8 | American InfoSource LP as agent for | 7100-000 | N/A | 6,820.64 | 6,820.64 | 7.53 |
| 9U | IRS | 7100-000 | N/A | 1,399.80 | 1,399.80 | 1.55 |
| 10U | Illinois Department of Revenue | 7100-000 | N/A | 77.76 | 77.76 | 0.09 |
| 11 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,357.95 | 1,357.95 | 1.50 |
| 12 | Capital One, N.A. | 7100-000 | N/A | 626.88 | 626.88 | 0.69 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $42,790.46 | $42,790.46 | $47.24 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-80164  
**Case Name:** AUSTIN-MARTIN, THERESE K.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/21/14 (f)  
**§341(a) Meeting Date:** 02/27/14

**Period Ending:** 10/17/14

**Claims Bar Date:** 06/12/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Chase Bank (held jointly w | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous audio, video, and computer | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous | 500.00 | 0.00 | | 0.00 | FA |
| 6 | $20,000.00 Term Insurance Policy with Monumental | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Life Insurance Policies xxx091 & xxx641 | 10,784.00 | 10,832.00 | | 10,150.00 | FA |
| 8 | 2005 Ford Escape (91,500 miles and rusted) | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2005 Toyota Scion (150,000 plus miles, held join | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2009 Laptop/printer supplies. | 100.00 | 0.00 | | 0.00 | FA |
| 11 | 9 year old Retriever dog (fixed) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$20,189.00** | **$10,832.00** | | **$10,150.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 31, 2015   **Current Projected Date Of Final Report (TFR):** June 16, 2014 (Actual)

Case 14-80164    Doc 29    Filed 10/20/14    Entered 10/20/14 14:37:00    Desc Main
Document      Page 6 of 7

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-80164  
**Case Name:** AUSTIN-MARTIN, THERESE K.  
**Taxpayer ID #:** **-***3240  
**Period Ending:** 10/17/14  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5666 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/03/14 | {7} | Prudential Life Insurance Co. | loan value on policy | 1129-000 | 8,425.00 | | 8,425.00 |
| 04/03/14 | {7} | Prudential Insurance Co. of America | loan value of policy | 1129-000 | 1,725.00 | | 10,150.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.65 | 10,137.35 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.58 | 10,122.77 |
| 06/03/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #14-80164, Bond #016018067 | 2300-000 | | 9.55 | 10,113.22 |
| 07/31/14 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,765.00, Trustee Compensation; Reference: | 2100-000 | | 1,765.00 | 8,348.22 |
| 07/31/14 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $35.76, Trustee Expenses; Reference: | 2200-000 | | 35.76 | 8,312.46 |
| 07/31/14 | 104 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 5.90 | 8,306.56 |
| | | | Dividend paid 0.11% on $3,363.55; Claim# 1; Filed: $3,363.55 | 7100-000 | | 3.71 | 8,306.56 |
| | | | Dividend paid 0.11% on $1,357.95; Claim# 11; Filed: $1,357.95 | 7100-000 | | 1.50 | 8,306.56 |
| | | | Dividend paid 0.11% on $626.88; Claim# 12; Filed: $626.88 | 7100-000 | | 0.69 | 8,306.56 |
| 07/31/14 | 105 | American InfoSource LP as agent for | Combined Check for Claims#6,7,8 | | | 11.80 | 8,294.76 |
| | | | Dividend paid 0.11% on $1,673.03; Claim# 6; Filed: $1,673.03 | 7100-000 | | 1.85 | 8,294.76 |
| | | | Dividend paid 0.11% on $2,195.13; Claim# 7; Filed: $2,195.13 | 7100-000 | | 2.42 | 8,294.76 |
| | | | Dividend paid 0.11% on $6,820.64; Claim# 8; Filed: $6,820.64 | 7100-000 | | 7.53 | 8,294.76 |
| 07/31/14 | 106 | Cavalry SPV I, LLC | Combined Check for Claims#2,3,4,5 | | | 27.90 | 8,266.86 |
| | | | Dividend paid 0.11% on $4,179.87; Claim# 2; Filed: $4,179.87 | 7100-000 | | 4.61 | 8,266.86 |
| | | | Dividend paid 0.11% on $4,808.53; Claim# 3; Filed: $4,808.53 | 7100-000 | | 5.31 | 8,266.86 |

Subtotals : $10,150.00   $1,883.14

{} Asset reference(s)

Printed: 10/17/2014 01:30 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-80164  
**Case Name:** AUSTIN-MARTIN, THERESE K.  

**Taxpayer ID #:** **-***3240  
**Period Ending:** 10/17/14  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5666 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 0.11% on $10,536.59; Claim# 4; Filed: $10,536.59 | 11.63 | 7100-000 | | | 8,266.86 |
| | | | Dividend paid 0.11% on $5,750.73; Claim# 5; Filed: $5,750.73 | 6.35 | 7100-000 | | | 8,266.86 |
| 07/31/14 | 107 | Illinois Department of Revenue | Combined Check for Claims#10U,10P | | | | 448.09 | 7,818.77 |
| | | | Dividend paid 0.11% on $77.76; Claim# 10U; Filed: $77.76 | 0.09 | 7100-000 | | | 7,818.77 |
| | | | Dividend paid 100.00% on $448.00; Claim# 10P; Filed: $448.00 | 448.00 | 5800-000 | | | 7,818.77 |
| 07/31/14 | 108 | IRS | Combined Check for Claims#9U,9P | | | | 7,818.77 | 0.00 |
| | | | Dividend paid 0.11% on $1,399.80; Claim# 9U; Filed: $1,399.80 | 1.55 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $7,817.22; Claim# 9P; Filed: $7,817.22 | 7,817.22 | 5800-000 | | | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 10,150.00 | 10,150.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,150.00 | 10,150.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,150.00** | **$10,150.00** | |

Net Receipts : 10,150.00  
———————  
Net Estate : $10,150.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5666 | 10,150.00 | 10,150.00 | 0.00 |
| | $10,150.00 | $10,150.00 | $0.00 |

{} Asset reference(s)